1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  SARAH E. ROSS, Bar No. 252206
   sross@littler.com
3  BRADFORD N. PAUL, Bar No. 275671
   bpaul@littler.com
4  LITTLER MENDELSON, P.C.
   2049 Century Park East
5  5th Floor
   Los Angeles, CA 90067.3107
6  Telephone: 310.553.0308
   Facsimile: 310.553.5583
7
   Attorneys for Defendant
8  THE GOODYEAR TIRE & RUBBER COMPANY

9  MICHAEL A. GOULD, ESQ., Bar No. 151851
   michael@wageandhourlaw.com
10 AARIN A. ZEIF, ESQ., Bar No. 247088
   aarin@wageandhourlaw.com
11 GOULD & ASSOCIATES, APLC
   17822 E. 17th Street, Suite 106
12 Tustin, CA 92780
   Telephone: 714.669.2850
13 Facsimile: 714.544.0800

14 Attorneys for Plaintiff
   PETER MUYANGO
15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18 PETER MUYANGO, an individual,    | Case No. 2:14−cv−04101−RSWL−SH
19          Plaintiff,              | ASSIGNED TO JUDGE RONALD S. W. LEW
20     v.                           | **ORDER GRANTING STIPULATED PROTECTIVE ORDER**
21 THE GOODYEAR TIRE & RUBBER       |
   COMPANY, an Ohio corporation, and| Complaint filed: April 23, 2014
22 DOES 1 through 25,               | (originally filed in Los Angeles Superior Court)
23          Defendant.              |
24                                  | Trial Date: None set
25
26
27
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Peter Muyango ("Plaintiff") and Defendant The Goodyear Tire & Rubber Company ("Defendant") (collectively, the "Parties") submitted a Stipulated Protective Order.

The Court, having read and considered the Parties' Stipulated Protective Order, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the Stipulated Protective Order is **GRANTED.**

 **IT IS SO ORDERED.**

Dated: January 23, 2015

*/s/ Stephen J. Hillman*

STEPHEN J. HILLMAN
U.S. MAGISTRATE JUDGE

Firmwide:131066575.1 056530.1230

1.